IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>     Plaintiff,<br><br>  v.<br><br>FOUR TWELVE ROOFING, LLC., et. al.,<br><br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:22-cv-03351-MJM<br>)<br>)<br>)<br>)<br>) |

## CASE STATUS REPORT

Plaintiff, Acting Secretary of Labor Julie A. Su, is providing this case status report as ordered by the Court's January 5, 2024, Order Amending Scheduling Order to Extend Certain Pretrial Deadlines. The parties have not yet settled the case, but believe that they are close to reaching a settlement. Upon final agreement of the terms, the parties intend to file a motion to approve a consent judgment with the Court.

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market St.<br>Mailstop SOL/22<br>Philadelphia, PA 19103<br>(215) 861-4843 (voice)<br>(202) 861-5162 (fax)<br>Brunson.Austin.S@dol.gov | Seema Nanda<br>Solicitor of Labor<br><br>Samantha N. Thomas<br>Acting Regional Solicitor<br><br>Adam F. Welsh<br>Regional Wage and Hour Counsel |
| March 14, 2024 | */s/* Austin Brunson<br>Austin Brunson<br>PA State Bar #315931<br>Trial Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Case Status Report was served upon the following by electronic mail on March 14, 2024:

Gabriel Pinilla, Esq.
Gabriel.Pinilla@arlaw.com

Benjamin Briggs, Esq.
Ben.Briggs@arlaw.com

*/s/ Austin Brunson*
Austin Brunson